UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KENNETH TRAMMELL, <br> Petitioner, <br> v. <br> PEOPLE OF THE STATE OF CALIFORNIA, <br> Respondent. | Case No. 20-00668 EJD <br><br> **ORDER OF DISMISSAL** |

On January 30, 2020, Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . (Docket No. 1.) On the same day, Petitioner filed an Application to Proceed In Forma Pauperis but failed to include a Certificate of Funds and a prisoner trust account statement. (Docket No. 2.) On the same day, the Clerk notified Petitioner that he needed to either pay the filing fee or file a Certificate of Funds and a prisoner trust account statement within twenty-eight days from the date of the notice, i.e., no later than February 27, 2020, to avoid dismissal. (Docket No. 3.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: __3/11/2020__

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.20\00668.Trammell_dism-ifp.docx

2